## 17074.   WRIGHT v. TURNER.

BROYLES, C. J.   1. Any abuse of, or damage done to, the personal property of another unlawfully is a trespass for which damages may be recovered. Civil Code (1910), § 4485.

2. "If domestic animals, such as oxen and horses, injure any one in person or property when they are *rightfully* in the place where they do the mischief, the owner of such animals is not liable for such injury unless he knows they are accustomed to do mischief; and such knowledge must be alleged and proved. *But if they are wrongfully in the place where they do the mischief, the owner is liable, though he had no notice that they were accustomed to do so before*" (Italics ours.)   1 Am. & Eng. Enc. L. 578, art. "Animals," and authorities cited; Cooley on Torts, 341, 342 (2d ed. 402); Reed v. Southern Express Co., 95 Ga. 108 (22 S. E. 214).

Animals, 3 C. J. p. 92, n. 61; p. 94, n. 75; p. 110, n. 75.
Torts, 38 Cyc. p. 499, n. 84.

16

3. Under the above-stated rulings the amended petition set forth a cause of action, and it was error to dismiss it on general demurrer.

*Judgment reversed. Luke, J., concurs. Bloodworth, J., not participating, on account of illness.*

DECIDED APRIL 14, 1926.

Action·for damages; from city court of Floyd county—Judge Bale.   December 14, 1925.

*Porter & Mebane,* for plaintiff.

*Harper Hamilton,* for defendant.